Kent M. Henderson (SBN 139530); hendolaw@gmail.com
Angel Carrazco, Jr.  (SBN 230845); angel@carrazcolawapc.com
**GUIZAR, HENDERSON & CARRAZCO, LLP**
18301 Irvine Boulevard
Tustin, CA  92780
Telephone:  (714) 541-8600
Facsimile:   (714) 541-8601

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA L. FIGUEROA DE MAGDALENO, individually, and as Successor, in interest to JAVIER MAGADALENO GUTTIERREZ, JUAN JAVIER MAGDALENO, Individually YOSELIN MAGDALENO and IVETH MAGDALENO, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, a legal subdivision of the state of California; CALIFORNIA HIGHWAY PATROL, a governmental agency of the state of California; DEREK THOMAS; an individual, JOHN GETTE, an individual; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.: 5:21-cv-02027-JGB (SHKx)<br><br>**ORDER CONTINUING THE FINAL PRE-TRIAL CONFERENCE AND TRIAL DATES BASED ON STIPULATION**<br><br>Pre-Trial Con. Date: October 2, 2023<br>Time:                          11:00 a.m.<br>Courtroom:              1<br><br>Trial Date:    October 24, 2023<br>Time:           9:00 a.m.<br>Courtroom:  1<br><br>Judge:         Hon. Jesus G. Bernal |

**TO ALL PARTEIS AND TO THEIR COUNSEL OF RECORD**

**HEREIN, PLEASE TAKE NOTICE that:**  The Court, having considered the

stipulation of the parties, and good cause appearing therefor, hereby Orders as

1
**ORDER ON STIPULATION CONTINUING THE FINAL PRE-TRIAL CONFERENCE AND TRIAL DATES**

follows:

The previously set trial date of October 24, 2023 at 9:00 a.m. in Courtroom 1 is vacated and the Final Pre-Trial Conference and the Trial Date in this matter are continued to new dates as follows:

1. Pre-Trial Conference Date:  December 18, 2023; Time:  11:00 a.m.; Courtroom 1, Federal Court, Riverside; and

2. Jury Trial Date:  January 9, 2024; Time:  9:00 a.m.; Courtroom 1, Federal Court, Riverside.

IT IS SO ORDERED:

DATED:  October 12, 2023

_____
THE HONORABLE JESUS G. BERNAL
UNTED STATES DISTRICT COURT JUDGE