Civil Action No. **5:21 -CV-02027-JGB-SHK**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Ryan Wooten**
on *(date)* **September 22, 2023**

☑ I served the subpoena by delivering a copy to the named person as follows: I left the subpoena with , **79886 Docklands Ave , Indio, CA 92203-4870** on **10/4/2023 6:15 PM** ;or

☐ I returned the summons unexecuted because; _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for ones day's attendance, and the mileage allowed by law, in the amount of

$**127.00**

My fees are $ .00 for travel and $ 328.18 for services, for a total of $ 328.18

I declare under penalty of perjury that this information is true.

Date: **10/4/2023**

*Server's signature*

**Sean Patrick Dacey**
*Printed name and title*

**Contracted by**
**2476 Overland Avenue, Third Floor,**
**Los Angeles, CA 90064**
**(310) 858-9800**
*Server's Address*

Additional information regarding attempted service, etc.:

Fees Advanced: $127.00