**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333

**GUIZAR, HENDERSON & CARRAZCO, LLP**
Kent M. Henderson (SBN 139530) hendolaw@gmail.com
Angel Carrazco, Jr. (SBN 230845) angel@carrazcolawapc.com
18301 Irvine Boulevard
Tustin, CA 92780
Telephone: (714) 541-8600

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA L. FIGUEROA DE MAGDALENO, individually, and as Successor, in interest to JAVIER MAGADALENO GUTTIERREZ, JUAN JAVIER MAGDALENO, Individually YOSELIN MAGDALENO and IVETH MAGDALENO, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, a governmental agency of the state of California; and JOHN GETTE, an individual,<br><br>Defendants. | **CASE NO:** 5:21-cv-02027-JGB-SHK<br><br>**NOTICE OF SETTLEMENT**<br><br>Pre-Trial Confer: December 18, 2023<br>Time: 11:00 a.m.<br>Courtroom 1<br>Trial Date: January, 9, 2024<br><br>[Hon. Judge Jesus G. Bernal, United States District Court Judge] |

**NOTICE OF SETTLEMENT**

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

**PLEASE TAKE NOTICE** in accordance with L.R. 16-15.7 and L.R. 40-2 that the parties have reached a conditional settlement of this entire case for a specified amount.

The settlement is between the Plaintiffs ALMA L. FIGUEROA DE MAGDALENO, JUAN MAGDALENO, YOSELIN MAGDALENO, and IVETH MAGDALENO and Defendants CALIFORNIA HIGHWAY PATROL and JOHN GETTE.

Upon finalization of the settlement, the entire case and all defendants shall be dismissed with prejudice. Finalization is expected to occur within approximately 90 days. The parties intend to file a Stipulation for Dismissal of the Complaint with Prejudice pursuant to the approved settlement of this matter within 10 days of receipt of the settlement funds.

Thus, the parties request that all hearing dates be vacated and that all proceedings be stayed pending finalization of the settlement.

DATED:  December 12, 2023     THE LAW OFFICES OF DALE K. GALIPO;
                              GUIZAR, HENDERSON & CARRAZCO, LLP

                              By:     *Cooper Alison-Mayne*
                                      Cooper Alison-Mayne
                                      Dale K. Galipo
                                      Kent Henderson
                                      *Attorneys for Plaintiffs*

DATED: December 12, 2023

**ROB BONTA**
**Attorney General of California**
**RHONDA L. MALLORY**
**Supervising Deputy Attorney General**

By: *Douglas E. Baxter*
Douglas E. Baxter
Deputy Attorney General
Attorneys for Defendants California Highway Patrol and John Gette

## E-SIGNATURE AFFIRMATION

Pursuant to the United States District Court, Central District of California Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 12, 2023

**THE LAW OFFICES OF DALE K. GALIPO**

By: *Cooper Alison-Mayne*
Cooper Alison-Mayne
Attorney for Plaintiffs