1 **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
2 dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
3 cmayne@galipolaw.com
21800 Burbank Blvd., Suite 310
4 Woodland Hills, CA 91367
Tel: (818) 347-3333
5

6 **GUIZAR, HENDERSON & CARRAZCO, LLP**
Kent M. Henderson (SBN 139530) hendolaw@gmail.com
7 Angel Carrazco, Jr. (SBN 230845) angel@carrazcolawapc.com
18301 Irvine Boulevard
8 Tustin, CA 92780
Telephone: (714) 541-8600
9

*Attorneys for Plaintiffs*
10

11 UNITED STATES DISTRICT COURT

12 FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  ALMA L. FIGUEROA DE MAGDALENO, individually, and as Successor, in interest to JAVIER MAGADALENO GUTTIERREZ, JUAN JAVIER MAGDALENO, Individually YOSELIN MAGDALENO and IVETH MAGDALENO, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, a governmental agency of the state of California; and JOHN GETTE, an individual, <br><br> Defendants. | **CASE NO:** 5:21-cv-02027-JGB-SHK <br><br> **STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**STIPULATION FOR DISMISSAL**

**TO THE HONORABLE COURT:**

Plaintiffs ALMA L. FIGUEROA DE MAGDALENO, JUAN JAVIER MAGDALENO, YOSELIN MAGDALENO, IVETH MAGDALENO and Defendants CALIFORNIA HIGHWAY PATROL and JOHN GETTE ("State Defendants") and COUNTY OF RIVERSIDE and DEREK THOMAS ("County Defendants") by and through their respective attorneys of record, hereby stipulate that the above-entitled action and all claims and parties therein, against all Defendants be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

DATED: December 12, 2023

**THE LAW OFFICES OF DALE K. GALIPO;
GUIZAR, HENDERSON & CARRAZCO, LLP**

By: */s/Cooper Alison-Mayne*
Cooper Alison-Mayne
Dale K. Galipo
Kent Henderson
*Attorneys for Plaintiffs*

DATED: December 12, 2023

**ROB BONTA
Attorney General of California
RHONDA L. MALLORY
Supervising Deputy Attorney General**

By: */s/Douglas E. Baxter*
Douglas E. Baxter
Deputy Attorney General
Attorneys for Defendants California Highway Patrol and John Gette

| | | |
|---|---|---|
| DATED: March 15, 2024 | | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By: | /s/Tori L. N. Bakken |
| | | TORI L. N. BAKKEN |
| | | Attorneys for Defendants, |
| | | COUNTY OF RIVERSIDE and DEREK THOMAS |

### E-SIGNATURE AFFIRMATION

Pursuant to the United States District Court, Central District of California Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| DATED: March 14, 2024 | | THE LAW OFFICES OF DALE K. GALIPO |
| | By: | /s/Cooper Alison-Mayne |
| | | Cooper Alison-Mayne |
| | | Attorney for Plaintiffs |