# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA L. FIGUEROA DE MAGDALENO, individually, and as Successor, in interest to JAVIER MAGADALENO GUTTIERREZ, JUAN JAVIER MAGDALENO, Individually YOSELIN MAGDALENO and IVETH MAGDALENO, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, a governmental agency of the state of California; and JOHN GETTE, an individual,<br><br>Defendants. | Case No. 5:21-cv-02027-JGB-SHK<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

# [PROPOSED] ORDER

Pursuant to the Stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear their own costs and attorney's fees.

Dated: _____, 2024

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE