1

2

3

4

5

6

7

8

### UNITED STATES DISTRICT COURT

9

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

ALMA L. FIGUEROA DE
MAGDALENO, individually, and as
Successor, in interest to JAVIER
MAGADALENO GUTTIERREZ,
JUAN JAVIER MAGDALENO,
Individually YOSELIN MAGDALENO
and IVETH MAGDALENO,
Individually,

16

17

Plaintiffs,

18

v.

19

20

21

CALIFORNIA HIGHWAY PATROL,
a governmental agency of the state of
California; and JOHN GETTE, an
individual,

22

23

Defendants.

24

25

26

27

28

Case No. 5:21-cv-02027-JGB-SHK

**ORDER RE STIPULATION FOR
DISMISSAL PURSUANT TO FED. R.
CIV. P. 41(a)(1)(A)(ii)**

1

2 **<u>ORDER</u>**

3      Pursuant to the Stipulation of the parties, the above-captioned action is

4 dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will

5 bear their own costs and attorney's fees.

6

7 Dated: March 27, 2024

8 _____

9 HONORABLE JESUS G. BERNAL
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28